

## Court Of Appeals
### Fourth Court of Appeals District of Texas
### San Antonio

★  ★  ★                                                    ★  ★  ★

**MEMORANDUM OPINION**

No. 04-08-00644-CV

**IN RE CAROL WALKER AS INDEPENDENT
ADMINISTRATRIX WITH WILL ANNEXED, OF THE ESTATE OF
GERTRUDE C. JOHNSTON, DECEASED**

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:        Catherine Stone, Justice
                Karen Angelini, Justice
                Steven C. Hilbig, Justice

Delivered and Filed:   December 17, 2008

PETITION FOR WRIT OF MANDAMUS DENIED

On August 22, 2008, relator filed a petition for a writ of mandamus. The court has

considered relator's petition and is of the opinion that relator is not entitled to the relief sought.

Accordingly, the petition for a writ of mandamus is DENIED. *See* TEX. R. APP. P. 52.8(a).

PER CURIAM

---

[1] This proceeding arises out of Cause No. 2005-PC-1744, styled *Carol Walker as Administratrix of the Estate of Gertrude C. Johnston With Will Annexed*, pending in Probate Court No. 1, Bexar County, Texas, the Honorable Polly Jackson Spencer presiding.